**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRY MORENO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRUN INC.,<br><br>Defendant. | Case No. 4:21-cv-03306-HSG<br><br>(Assigned to the Hon. Haywood S. Gilliam, Jr.)<br><br>**ORDER GRANTING STIPULATION TO EXTEND SUNRUN INC.'S TIME TO RESPOND TO THE COMPLAINT** |

The Court, having reviewed the Joint Stipulation of the parties to extend defendant Sunrun Inc.'s ("Sunrun") time to respond to the Complaint by fourteen (14) days through and including July 12, 2021, and having found the parties' request supported by good cause, hereby orders that Sunrun's response to the Complaint shall be filed by July 12, 2021.

IT IS SO ORDERED.

Dated: 6/23/2021

_____
Hon. Haywood S. Gilliam, Jr.
United States Judge