**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(Cal. Bar No. 90533)
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
E: wlitvak@drllaw.com
T: 310-477-5575

**IJH Law**
Ignacio Hiraldo, Esq.
(*pro hac vice*)
1200 Brickell Ave.
Suite 1950
Miami, FL 33131
E: IJhiraldo@IJhlaw.com
T: 786-496-4469

*Attorneys for Plaintiff and Proposed Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY MORENO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNRUN, INC.,<br><br>    Defendant. | Case No. 4:21-CV-03306<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Sherry Moreno hereby gives notice that the Parties have reached a settlement with respect to Plaintiff's claims.

Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated: July 26, 2021

Respectfully submitted,

By: /s/ Ignacio Hiraldo

Ignacio Hiraldo, Esq.
(*pro hac vice*)
IJhiraldo@Hiraldolaw.com
**IJH Law**
1200 Brickell Ave.
Suite 1950
Miami, FL 33131
E: IJhiraldo@IJhlaw.com
T: 786-496-4469

William Litvak (SBN 90533)
wlitvak@drllaw.com
**DAPEER ROSENBLIT LITVAK, LLP**
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
(t) (310) 477-5575

*Attorneys for Plaintiff and the Proposed Class*