**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(Cal. Bar No. 90533)
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
E: wlitvak@drllaw.com
T: 310-477-5575

**IJH Law**
Ignacio Hiraldo, Esq.
(*pro hac vice*)
1200 Brickell Ave.
Suite 1950
Miami, FL 33131
E: IJhiraldo@IJhlaw.com
T: 786-496-4469

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY MORENO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SUNRUN, INC., <br><br> Defendant. | Case No. 4:21-CV-03306 <br><br> **CLASS ACTION** <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

1

Plaintiff Sherry Moreno, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismisses the instant action.

Dated: August 11, 2021

Respectfully submitted,

| By: */s/ Ignacio Hiraldo* | |
|---|---|
| Ignacio Hiraldo, Esq.<br>(*pro hac vice*)<br>IJhiraldo@Hiraldolaw.com<br>**IJH Law**<br>1200 Brickell Ave.<br>Suite 1950<br>Miami, FL 33131<br>E: IJhiraldo@IJhlaw.com<br>T: 786-496-4469<br><br>*Attorneys for Plaintiff* | William Litvak (SBN 90533)<br>wlitvak@drllaw.com<br>**DAPEER ROSENBLIT LITVAK, LLP**<br>11500 W. Olympic Blvd. Suite 550<br>Los Angeles, California 90064<br>(t) (310) 477-5575 |